1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    ROBERT E. BARRETT,                    No. C 09-00908 SBA (PR)

9              Petitioner,                 **ORDER OF TRANSFER**

10      v.

11   A. A. LAMARQUE, Warden, et al.,

12             Respondents.
                                        /
13

14        Petitioner, a state prisoner, has filed a pro se petition for a writ of habeas corpus in which he

15   challenges the execution of his sentence.  He has paid the full filing fee.  He has also filed a motion

16   for appointment of counsel.

17        A petition for a writ of habeas corpus filed by a state prisoner in a State that contains two or

18   more federal judicial districts may be filed in either the district of confinement or the district of

19   conviction.  See 28 U.S.C. § 2241(d).  The district court where the petition is filed, however, may

20   transfer the petition to the other district in the furtherance of justice.  See id.  Federal courts in

21   California traditionally have chosen to hear petitions challenging a conviction or sentence in the

22   district of conviction.  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993); Laue v.

23   Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).  But if a habeas petition is directed to the manner in

24   which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of

25   confinement is the preferable forum.  See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244,

26   249 (9th Cir. 1989).

27        Petitioner is incarcerated at Corcoran State Prison, which lies within the venue of the Eastern

28   District of California.  See 28 U.S.C. § 84.  Because Petitioner challenges the execution of his

United States District Court
For the Northern District of California

1   sentence, the Court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-

2   3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District

3   Court for the Eastern District of California.

4          All pending motions are TERMINATED on this Court's docket as no longer pending in this

5   district.

6          This Order terminates Docket no. 2.

7          IT IS SO ORDERED.

8   DATED: 5/27/09

    SAUNDRA BROWN ARMSTRONG
9   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.09\Barrett0908.Transfer.wpd                2

**United States District Court**
For the Northern District of California

1   UNITED STATES DISTRICT COURT

2   FOR THE

3   NORTHERN DISTRICT OF CALIFORNIA

4

5

6   ROBERT E. BARRETT,                     Case Number: CV09-00908 SBA

7           Plaintiff,                     **CERTIFICATE OF SERVICE**

8      v.

9   A.A. LAMARQUE et al,

10           Defendant.
    _____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13  That on May 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)

14  in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's

15  office.

16

17  Robert E. Barrett T13701

18  Corcoran State Prison
    P.O. Box 3471

19  Corcoran, CA 93212

20  Dated: May 28, 2009

21                                 Richard W. Wieking, Clerk
                                   By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28  P:\PRO-SE\SBA\HC.09\Barrett0908.Transfer.wpd          3

United States District Court
For the Northern District of California